**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **MICHAEL KARDELL FORD,** | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **CIVIL ACTION: 1:21-00183-KD-N** |
| **FOUNTAIN FACILITY,** *et al.*, | ) | |
| Defendants. | ) | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated July 7, 2021, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that this action is **DISMISSED** without prejudice for failure to prosecute under both Federal Rule of Civil Procedure Rule 41(b) and the Court's inherent authority, as no other lesser sanction will suffice.

**DONE** and **ORDERED** this the **11th** day of **August 2021.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE
CHIEF UNITED STATES DISTRICT JUDGE**