# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL KARDELL FORD,**  )<br>    **Plaintiff,**  )<br>  )<br>**v.**  )<br>  )  **CIVIL ACTION: 1:21-00183-KD-N**<br>**FOUNTAIN FACILITY,** *et al.*,  )<br>    **Defendants.**  ) | |

## JUDGMENT

In accordance with the Order issued on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that this action is **DISMISSED** without prejudice for failure to prosecute under both Federal Rule of Civil Procedure Rule 41(b) and the Court's inherent authority, as no other lesser sanction will suffice.

**DONE** and **ORDERED** this the **11th** day of **August 2021.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**